PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Jan 17, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>A BLACK APPLE IPHONE 15 CELL PHONE, MODEL NUMBER A2846, SEIZED FROM THE PERSON OF JEREMIAH JEFFERSON ON NOVEMBER 1, 2023, CURRENTLY LOCATED IN EVIDENCE STORAGE AT 2001 FREEDOM WAY, ROSEVILLE, CA 95678<br><br>THE RESIDENCE LOCATED AT 801 SOUTHAMPTON ROAD, APARTMENT #129, BENICIA, CA 94510; AND THE PERSON OF DANGLEA ALLEN, XX/XX/2001 | **ORDER TO UNSEAL SEARCH WARRANTS;**<br><br>2:23-sw-1170-KJN<br><br><br><br><br><br>2:23-sw-1231-KJN |

**ORDER TO UNSEAL**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: January 17, 2024

*[signature]*
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS